**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **DMD Custom Critical, Inc.** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 2 5 8 3 9 7 8 |

**4. Debtor's address**

**Principal place of business**

**150 NE River Road Unit 238**

Number          Street

**Des Plaines, IL 60016**
City                    State      ZIP Code

**Cook**
County

**Mailing address, if different from principal place of business**

Number          Street

City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                    State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.dmdcustomcritical.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **DMD Custom Critical, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

**4    2    8    2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                      MM / DD / YYYY

Case number, if known _____

Debtor    **DMD Custom Critical, Inc.**                                      Case number *(if known)* _____

Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>Where is the property? _____<br><br>    Number      Street<br><br>_____<br><br>    City                State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.  Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | | | |
|---|---|---|---|---|---|
| ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **DMD Custom Critical, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/26/2024**
MM/ DD/ YYYY

X **/s/ Damjan Dikanovic**        **Damjan Dikanovic**
Signature of authorized representative of debtor       Printed name

Title      **President**

**18. Signature of attorney**

X      **/s/ David P Leibowitz**      Date **07/26/2024**
Signature of attorney for debtor          MM/ DD/ YYYY

**David P Leibowitz**
Printed name

**Leibowitz, Hiltz & Zanzig, LLC**
Firm name

**53 W Jackson Blvd Ste 1301**
Number      Street

**Chicago**       **IL**      **60604-3552**
City             State       ZIP Code

**(312) 662-5750**       **dleibowitz@lakelaw.com**
Contact phone           Email address

**1612271**       **IL**
Bar number           State

Fill in this information to identify the case:

Debtor Name **DMD Custom Critical, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Illinois**
(State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of America** | **Checking account** | **9  3  5  1** | **$1,000.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$1,000.00**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1
   7.2

Debtor      **DMD Custom Critical, Inc.**
_____      Case number *(if known)* _____
            Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  _____      _____

   8.2  _____      _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.      ┌─────────────┐
                                                          └─────────────┘

<table>
<tr><td style="background:black;color:white">**Part 3:**</td><td>Accounts receivable</td></tr>
</table>

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   **unknown** ‒ **unknown** =.....➡   **unknown**
                                face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:   _____ ‒ _____ =.....➡   _____
                             face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   ┌─────────────┐
                                                                             └─────────────┘

<table>
<tr><td style="background:black;color:white">**Part 4:**</td><td>Investments</td></tr>
</table>

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____      _____   _____

    14.2  _____      _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of ownership:

    15.1. _____  _____   _____   _____

    15.2. _____  _____   _____   _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

---

Debtor      **DMD Custom Critical, Inc.**                                    Case number *(if known)* _____
            Name

| | | |
|---|---|---|
| 16.1 _____ | _____ | _____ |
| 16.2 _____ | _____ | _____ |

17.  **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          ☐ _____

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20.  Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                          ☐ _____

24.  **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

---

Debtor   **DMD Custom Critical, Inc.**

Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **DMD Custom Critical, Inc.**

Name

Case number *(if known)*

---

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

   **Dell PC**                                                      $500.00                                                $500.00

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

   42.1

   42.2

   42.3

43. **Total of Part 7**

   Add lines 39 through 42. Copy the total to line 86.                                              $500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 International LT625 /** VIN: 3HSDZAPR5KN764767 | unknown | | $25,000.00 |
| 47.2 **2019 International LT625 /** VIN: 3HSDZAPR7KN292426 | unknown | | $22,000.00 |
| 47.3 **2023 International LT625 /** VIN: 3HSDZAPR8PN287792 | unknown | | $50,000.00 |
| 47.4 **2023 International LT625 /** VIN: 3HSDZAPR8PN287492 | unknown | | $50,000.00 |
| 47.5 **2023 International LT625 /** VIN: 3HSDZAPRXPN290810 | unknown | | $50,000.00 |
| 47.6 **2023 International LT625 /** VIN: 3HSDZAPR8PN287498 | unknown | | $50,000.00 |
| 47.7 **2023 International LT625 /** VIN: 3HSDZAPR3PN290812 | unknown | | $50,000.00 |

Debtor   **DMD Custom Critical, Inc.**
Name

Case number *(if known)*

| | | |
|---|---|---|
| 47.8 **2023 International LT625 / VIN: 3HSDZAPR3PN287473** | unknown | $50,000.00 |
| 47.9 **2024 International LT625 / VIN: 3HSDZAPR5RN291270** | unknown | $60,000.00 |
| 47.10 **2024 International LT625 / VIN: 3HSDZAPR1RN292514** | unknown | $70,000.00 |
| 47.11 **2024 International LT625 / VIN: 3HSDZAPRXRN284055** | unknown | $70,000.00 |
| 47.12 **2024 International LT625 / VIN: 3HSDZAPR4RN292586** | unknown | $70,000.00 |
| 47.13 **2025 International lt625 / VIN: 3HSDZAPR5SN616375** | unknown | $125,000.00 |
| 47.14 **2025 International LT625 / VIN: 3HDSZAPR3SN616374** | unknown | $125,000.00 |
| 47.15 **2013 Audi A8** | unknown | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____

   48.2 _____

49. **Aircraft and accessories**

   49.1 _____

   49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.

    $872,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **DMD Custom Critical, Inc.**
Name

Case number *(if known)* _____

---

| 55.1 | _____ | _____ | _____ | _____ | _____ |
| 55.2 | _____ | _____ | _____ | _____ | _____ |
| 55.3 | _____ | _____ | _____ | _____ | _____ |
| 55.4 | _____ | _____ | _____ | _____ | _____ |
| 55.5 | _____ | _____ | _____ | _____ | _____ |
| 55.6 | _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:** Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| **www.dmdcustomcritical.com** | **unknown** | _____ | **$1,000.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

Debtor    **DMD Custom Critical, Inc.**
_____
    Case number *(if known)* _____
    Name

---

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.    | $1,000.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.

    ☐ Yes. Fill in the information below.

    **Current value of
    debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ –    _____ = ➜    _____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    _____    _____

    **Nature of claim**    _____

    **Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

---

Debtor  **DMD Custom Critical, Inc.**
_____
Name

Case number *(if known)* _____

---

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $872,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................ ➤ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........91a. | $874,500.00 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | $874,500.00

**Fill in this information to identify the case:**

Debtor name **DMD Custom Critical, Inc.**

United States Bankruptcy Court for the: **Northern**   District of **Illinois**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| 2. | **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

| **2.1** | **Creditor's name** | | |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
Ailco Equipment Finance Group, Inc.

**Describe debtor's property that is subject to a lien**
2019 International LT625

| | Amount of claim | Value of collateral |
| --- | --- | --- |
| | **$59,571.00** | **$25,000.00** |

**Creditor's mailing address**
W222N833 Cheaney Road
Waukesha, WI 53186

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   **1) Ailco Equipment Finance Group, Inc.**; 2) Rush Truck Centers

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,747,553.76** |
| --- | --- | --- |

| Debtor | **DMD Custom Critical, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Amur**

**Creditor's mailing address**

**304 W 3rd Street**

**Grand Island, NE 68801**

**Creditor's email address, if known**

**Date debt was incurred**      **70000**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 International LT625

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**unknown**          **$60,000.00**

Debtor    **DMD Custom Critical, Inc.**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3** Creditor's name

**Crossroads Equipment Lease & Finance**

Creditor's mailing address

**9385 Haven Ave**

**Rancho Cucamonga, CA 91730**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 International LT625, 2024 International LT625

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$277,196.33**    **$140,000.00**

Debtor    **DMD Custom Critical, Inc.**
_____    Case number (if known) _____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

JP Morgan Chase Bank

**Creditor's mailing address**

Bankruptcy Mail Intake Team

700 Kansas Lane Floor 1

Monroe, LA 71203

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Audi A8                                      $4,500.00              $5,000.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **DMD Custom Critical, Inc.** _____   Case number (if known) _____
_____ Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: Amount of claim. Do not deduct the value of collateral.

Column B: Value of collateral that supports this claim

**2.5** Creditor's name

**M&T Equipment Finance Corporation**

Creditor's mailing address

**850 Main Street BC93**

**Bridgeport, CT 06604**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Accounts Receivable, 2023 International LT625, 2023 International LT625, 2023 International LT625, 2023 International LT625, 2023 International LT625, 2023 International LT625

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$694,984.15**          **$300,000.00**

Debtor    **DMD Custom Critical, Inc.** _____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6  Creditor's name**

**M2 Equipment Finance**

**Creditor's mailing address**

**20800 Swenson Dr Suite 475**

**Waukesha, WI 53186**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 International LT625

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$183,129.46**    **$70,000.00**

Debtor    **DMD Custom Critical, Inc.**

Name    Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** Additional Page | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** **Creditor's name**

**Navistar Financial**

**Creditor's mailing address**

**2701 Navistar Drive**

**Lisle, IL 60532**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2025 International lt625, 2025 International LT625    **$308,550.00**    **$250,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **DMD Custom Critical, Inc.** _____    Case number (if known) _____
     Name

| **Part 1:** | Additional Page | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.8** **Creditor's name**

**Rush Truck Centers**

**Creditor's mailing address**

**8205 Caliente Road**

**Hesperia, CA 92344**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

2019 International LT625                              **$11,746.61**          **$25,000.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **DMD Custom Critical, Inc.**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**Simmons Bank**

**Describe debtor's property that is subject to a lien**

2019 International LT625                                     **$57,876.21**            **$22,000.00**

**Describe the lien**

**Creditor's mailing address**

**PO Box 7009**

**Pine Bluff, AR 71611**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **DMD Custom Critical, Inc.**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.10** **Creditor's name**

**Small Business Administration**
_____

**Creditor's mailing address**

**2 20th St N Suite 320 Ste 320**
_____

**Birmingham, AL 35203-4002**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account**    __ __   __ __   __ __   __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$150,000.00

unknown

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **10** of **10**

Fill in this information to identify the case:

Debtor name _____ **DMD Custom Critical, Inc.** _____

United States Bankruptcy Court for the:

_____ **Northern District of Illinois** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

 **Illinois Department of Revenue**

 **BANKRUPTCY UNIT**

 **Po Box 19035**

 **Springfield, IL 62794-9035**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**      Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

 **Internal Revenue Service**

 **Central Insolvency Function**

 **Po Box 7346**

 **Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**      Priority amount: **unknown**

| Debtor | **DMD Custom Critical, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bank of America**

**161 Tryon Street**

**Charlotte, NC 28255-0001**

Date or dates debt was incurred _____

Last 4 digits of account number **9   4   8   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,652.25**

---

**3.2** Nonpriority creditor's name and mailing address

**Bank of America**

**161 Tryon Street**

**Charlotte, NC 28255-0001**

Date or dates debt was incurred _____

Last 4 digits of account number **6   9   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,424.58**

---

**3.3** Nonpriority creditor's name and mailing address

**Bernard and Janet Williams**

**PO Box 11483**

**Fort Wayne, IN 46858**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$9,920.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Chase Card Services**

**Attn: Bankruptcy**

**PO Box 15298**

**Wilmington, DE 19850**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,294.91**

| Debtor | **DMD Custom Critical, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Commonwealth of Massachusetts**

**Po Box 847841**

**Boston, MA 02284-7841**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Express Toll Service Center**

**Po Box 173846**

**Denver, CO 80217-3846**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**First Insurance Funding**

**450 Skokie Blvd Ste 100**

**Northbrook, IL 60062-7909**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $26,976.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Headway Capital**

**175 W Jackson Blvd Suite 1000**

**Chicago, IL 60604**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:      $73,252.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **DMD Custom Critical, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.9**

Nonpriority creditor's name and mailing address

**I Pass**

**2700 Ogden Ave**

**Downers Grove, IL 60515-1703**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.10**

Nonpriority creditor's name and mailing address

**Kansas Turnpike Authority**

**Po Box 807246**

**Kansas City, MO 64180-0001**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.11**

Nonpriority creditor's name and mailing address

**Maryland Transportation Authority**

**Po Box 12853**

**Philadelphia, PA 19176-0853**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.12**

Nonpriority creditor's name and mailing address

**N Texas Tollway Authority**

**Po Box 660244**

**Dallas, TX 75266-0244**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **DMD Custom Critical, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**Navistar Fleet**

**c/o Green Grant et al**

**5858 Westheimer Road Suite 500**

**Houston, TX 77057**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,937.02

---

**3.14** Nonpriority creditor's name and mailing address

**Oklahoma Turnpike Authority**

**3500 N. MLK Avenue**

**Oklahoma City, OK 73111**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.15** Nonpriority creditor's name and mailing address

**Pa. Turnpike**

**300 E Park Dr**

**Harrisburg, PA 17111-2729**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.16** Nonpriority creditor's name and mailing address

**The Goodyear Tire & Rubber Company**

**16701 Van Dam Rd**

**South Holland, IL 60473-2656**

Date or dates debt was incurred

Last 4 digits of account number __ **0** **0** **1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,730.88

---

Debtor   **DMD Custom Critical, Inc.**
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **O'Koon et al**<br>**20 E 91st St Ste 200**<br>**Indianapolis, IN 46240-1682** | Line **3.3**<br>☐ Not listed. Explain _____ | - 8 8 V |
| 4.2 **Professional Account Management LLC**<br>**Po Box 863867**<br>**Plano, TX 75086-3867** | Line **3.12**<br>☐ Not listed. Explain _____ | 8 9 3 1 |

Debtor    **DMD Custom Critical, Inc.**
_____    Case number *(if known)* _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$138,188.30** |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$138,188.30** |

Fill in this information to identify the case:

Debtor name _____ **DMD Custom Critical, Inc.** _____

United States Bankruptcy Court for the:

_____ **Northern District of Illinois** _____

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | _____<br>_____<br>_____<br>_____<br>_____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | _____<br>_____<br>_____<br>_____<br>_____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | _____<br>_____<br>_____<br>_____<br>_____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____<br><br>State the term remaining _____<br><br>List the contract number of any government contract _____ | _____<br>_____<br>_____<br>_____<br>_____ |

Fill in this information to identify the case:

Debtor name **DMD Custom Critical, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Illinois**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **DMD Custom Critical, Inc.**                                Case number (if known) _____
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City          State          ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Fill in this information to identify the case:

Debtor name **DMD Custom Critical, Inc.**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................................

   | $874,500.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................

   | $874,500.00 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $1,747,553.76 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................

   | + $138,188.30 |

4. **Total liabilities**.................................................................................................................................

   Lines 2 + 3a + 3b

   | $1,885,742.06 |

Fill in this information to identify the case:

Debtor name **DMD Custom Critical, Inc.**

United States Bankruptcy Court for the:

**Northern District of Illinois**

Case number (if known): _____

❑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.   Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2001** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$1,800,000.00** |
| **For prior year:** From **01/01/2000** to **12/31/2000**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$4,217,606.00** |
| **For the year before that:** From **01/01/1999** to **12/31/1999**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>❑ Other _____ | **$5,439,768.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2001** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2000** to **12/31/2000**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/1999** to **12/31/1999**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.**   **Crossroads Equipment Lease & Finance** <br> Creditor's name <br><br> Street <br><br> City      State    ZIP Code | | **$9,000.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.2.**   **M&T Equipment Finance Corporation** <br> Creditor's name <br> **850 Main Street BC93** <br> Street <br><br> **Bridgeport, CT 06604** <br> City      State    ZIP Code | | **$10,000.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.3.**   **M2** <br> Creditor's name <br> **20800 Swenson Dr Ste 475** <br> Street <br><br> **Waukesha, WI 53186-2075** <br> City      State    ZIP Code | | **$6,000.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Debtor    **DMD Custom Critical, Inc.**    Case number *(if known)* _____
Name

4.1. _____    _____  _____    _____
Creditor's name

_____    _____                        _____
Street

_____    _____                        _____

City            State    ZIP Code

| Relationship to debtor |
|---|

_____

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **Crossroads Equipment Lease & Finance** <br> Creditor's name <br> **9385 Haven Avenue** <br> Street <br><br> **Rancho Cucamonga, CA 91730** <br> City    State    ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. <br> Creditor's name <br><br> Street <br><br> City    State    ZIP Code | XXXX–__ __ __ __ | | |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

Debtor    **DMD Custom Critical, Inc.** _____    Case number *(if known)* _____
Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | | | | ☐ Pending |
| | _____ | _____ | Name _____ | ☐ On appeal |
| | **Case number** | | Street _____ | ☐ Concluded |
| | _____ | | City          State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name _____ | **Case title** _____ | _____ |
| | Street _____ | **Case number** _____ | **Court name and address** Name _____ Street _____ |
| | City          State    ZIP Code | **Date of order or assignment** _____ | City          State    ZIP Code |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name _____ | _____ | _____ | |
| | Street _____ | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** _____ | | | |

| Part 5: | Certain Losses |
|---|---|

**10.    All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Leibowitz, Hlltz & Zanzig - Lakelaw** | **$12500 retainer plus $1738 filing** | **07/23/2024** | **$14,238.00** |

**Address**

**53 W Jackson Blvd Ste 1301**
Street

_____

**Chicago, IL 60604-3552**
City                     State     ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**DMD Custom Critical**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**Trustee**

_____

Debtor   DMD Custom Critical, Inc.    Case number *(if known)*
          Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|-------|----------------------------|--------------------------------------------------------------------------------|------------------------|------------------------|
| | | | | |

**Address**

_____
Street

_____

_____
City              State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:**  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---------|--------------------|
| 14.1. **2426 Dempster Street Suite 130** <br> Street <br><br> **Des Plaines, IL 60016** <br> City    State    ZIP Code | From **03/01/2022**  To **03/01/2024** |
| 14.1. **9396 Landings Lane Apt 604** <br> Street <br><br> **Des Plaines, IL 60016** <br> City    State    ZIP Code | From **12/14/2014**  To **3/1/2022** |

---

**Part 8:**  Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____

Facility name _____                _____                _____

Street _____

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City          State    ZIP Code

*Check all that apply:*

❏ Electronically

❏ Paper

---

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❏ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ❏ No

   ❏ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❏ Yes. Does the debtor serve as plan administrator?

   ❏ No. Go to Part 10.

   ❏ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ – _ _ _ _ _ _ |

Has the plan been terminated?

❏ No

❏ Yes

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **TBK Bank SSB**<br>Name<br><br>**3151 US 20**<br>Street<br><br>**Elgin, IL 60124**<br>City          State    ZIP Code | XXXX– _ _ _ _ | ☑ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other<br>_____ | _____ | _____ |

Debtor    Case 24-10873    Doc 1    Filed 07/26/24    Entered 07/26/24 14:26:36    Desc Main
DMD Custom Critical, Inc.
Document     Page 42 of 59    Case number *(if known)*
Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    **DMD Custom Critical, Inc.**                                        Case number *(if known)* _____
        Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | City        State    ZIP Code | _____ | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **DMD Custom Critical, Inc.** _____   Case number *(if known)* _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Damjian Dikanovic** _____<br>Name<br>**150 NE River Road** _____<br>Street<br><br>_____<br>**Des Plaines, IL 60016** _____<br>City        State    ZIP Code | From _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Dikanovic, Damjan** _____<br>Name<br>**150 NE River Road** _____<br>Street<br><br>_____<br>**Des Plaines, IL 60016** _____<br>City        State    ZIP Code | _____<br><br>_____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   **DMD Custom Critical, Inc.**                                          Case number *(if known)*
         Name

| Name and address | |
|---|---|

**26d.1.**

Name
_____

Street
_____

_____

City                    State           ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records | |
|---|---|

**27.1.**

Name
_____

Street
_____

_____

City                    State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dikanovic, Damjan | 150 NE River Road Des Plaines, IL 60016 | Owner, | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    **DMD Custom Critical, Inc.**         Case number *(if known)* _____

Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____      _____   _____   _____

   Name

   _____

   Street

   _____

   _____

   City          State    ZIP Code

| Relationship to debtor |
|---|

_____

**31.**   **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.**   **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/26/2024**
        MM/ DD/ YYYY

**X** /s/ Damjan Dikanovic          Printed name        **Damjan Dikanovic**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor      **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

---

Fill in this information to identify the case:

Debtor name     **DMD Custom Critical, Inc.**

United States Bankruptcy Court for the:

    **Northern District of Illinois**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | M&T Equipment Finance Corporation 850 Main Street BC93 Bridgeport, CT 06604 | | | | $694,984.15 | $300,000.00 | $394,984.15 |
| 2 | Small Business Administration 2 20th St N Suite 320 Ste 320 Birmingham, AL 35203-4002 | | | | | | $150,000.00 |
| 3 | Crossroads Equipment Lease & Finance 9385 Haven Ave Rancho Cucamonga, CA 91730 | | | | $277,196.33 | $140,000.00 | $137,196.33 |
| 4 | M2 Equipment Finance 20800 Swenson Dr Suite 475 Waukesha, WI 53186 | | | Disputed | $183,129.46 | $70,000.00 | $113,129.46 |
| 5 | Headway Capital 175 W Jackson Blvd Suite 1000 Chicago, IL 60604 | | | Disputed | | | $73,252.66 |
| 6 | Navistar Financial 2701 Navistar Drive Lisle, IL 60532 | | | | $308,550.00 | $250,000.00 | $58,550.00 |
| 7 | Simmons Bank PO Box 7009 Pine Bluff, AR 71611 | | | | $57,876.21 | $22,000.00 | $35,876.21 |
| 8 | Ailco Equipment Finance Group, Inc. W222N833 Cheaney Road Waukesha, WI 53186 | | | | $59,571.00 | $25,000.00 | $34,571.00 |

Debtor    **DMD Custom Critical, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   First Insurance Funding 450 Skokie Blvd Ste 100 Northbrook, IL 60062-7909 | | | Disputed | | | $26,976.00 |
| 10   Rush Truck Centers 8205 Caliente Road Hesperia, CA 92344 | | | | $11,746.61 | $25,000.00 | $11,746.61 |
| 11   Bernard and Janet Williams PO Box 11483 Fort Wayne, IN 46858 | | | Disputed | | | $9,920.00 |
| 12   The Goodyear Tire & Rubber Company 16701 Van Dam Rd South Holland, IL 60473-2656 | | | | | | $9,730.88 |
| 13   Navistar Fleet c/o Green Grant et al 5858 Westheimer Road Suite 500 Houston, TX 77057 | | | | | | $7,937.02 |
| 14   Bank of America 161 Tryon Street Charlotte, NC 28255-0001 | | | | | | $5,424.58 |
| 15   Chase Card Services Attn: Bankruptcy PO Box 15298 Wilmington, DE 19850 | | | | | | $3,294.91 |
| 16   Bank of America 161 Tryon Street Charlotte, NC 28255-0001 | | | | | | $1,652.25 |
| 17   | | | | | | |
| 18   | | | | | | |
| 19   | | | | | | |
| 20   | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

**In re**     DMD Custom Critical, Inc.

Case No. _____

**Debtor**                                                Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ........................................................................ _____**$0.00**

Prior to the filing of this statement I have received ........................................................... _____**$0.00**

Balance Due ........................................................................................................................ _____**$0.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of .................................... _____

The undersigned shall bill against the retainer at an hourly rate of ........................................ _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____**$1,738.00**_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

    b.     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**See Attachment**

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/26/2024** | **/s/ David P Leibowitz** |
| *Date* | David P Leibowitz |
| | *Signature of Attorney* |

Bar Number: 1612271
Leibowitz, Hiltz & Zanzig, LLC
53 W Jackson Blvd Ste 1301
Chicago, IL 60604-3552
Phone: (312) 566-9008

**Leibowitz, Hiltz & Zanzig, LLC**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION (EASTERN)**

IN RE: **DMD Custom Critical, Inc.**                                             CASE NO

                                                                                CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**07/26/2024**___     Signature _____**/s/ Damjan Dikanovic**_____

                                                            Damjan Dikanovic, President

Ailco Equipment Finance
Group, Inc.
W222N833 Cheaney Road
Waukesha, WI 53186


Amur
304 W 3rd Street
Grand Island, NE 68801


Bank of America
161 Tryon Street
Charlotte, NC 28255-0001


Bernard and Janet Williams
PO Box 11483
Fort Wayne, IN 46858


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850


Commonwealth of
Massachusetts
Po Box 847841
Boston, MA 02284-7841


Crossroads Equipment Lease
& Finance
9385 Haven Ave
Rancho Cucamonga, CA 91730


Express Toll Service Center
Po Box 173846
Denver, CO 80217-3846

First Insurance Funding
450 Skokie Blvd Ste 100
Northbrook, IL 60062-7909

Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

I Pass
2700 Ogden Ave
Downers Grove, IL 60515-1703

Illinois Department of
Revenue
BANKRUPTCY UNIT
Po Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Central Insolvency Function
Po Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 1
Monroe, LA 71203

Kansas Turnpike Authority
Po Box 807246
Kansas City, MO 64180-0001

M&T Equipment Finance
Corporation
850 Main Street BC93
Bridgeport, CT 06604

M2 Equipment Finance
20800 Swenson Dr Suite 475
Waukesha, WI 53186


Maryland Transportation
Authority
Po Box 12853
Philadelphia, PA 19176-0853


N Texas Tollway Authority
Po Box 660244
Dallas, TX 75266-0244


Navistar Financial
2701 Navistar Drive
Lisle, IL 60532


Navistar Fleet
c/o Green Grant et al
5858 Westheimer Road Suite 500
Houston, TX 77057


Oklahoma Turnpike Authority
3500 N. MLK Avenue
Oklahoma City, OK 73111


O'Koon et al
20 E 91st St Ste 200
Indianapolis, IN 46240-1682


Pa. Turnpike
300 E Park Dr
Harrisburg, PA 17111-2729

Professional Account
Management LLC
Po Box 863867
Plano, TX 75086-3867


Rush Truck Centers
8205 Caliente Road
Hesperia, CA 92344


Simmons Bank
PO Box 7009
Pine Bluff, AR 71611


Small Business
Administration
2 20th St N Suite 320 Ste 320
Birmingham, AL 35203-4002


The Goodyear Tire & Rubber
Company
16701 Van Dam Rd
South Holland, IL 60473-2656

Ailco Equipment Finance
Group, Inc.
W222N833 Cheaney Road
Waukesha, WI 53186

Amur
304 W 3rd Street
Grand Island, NE 68801

Bank of America
161 Tryon Street
Charlotte, NC 28255-0001

Bernard and Janet Williams
PO Box 11483
Fort Wayne, IN 46858

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Commonwealth of
Massachusetts
Po Box 847841
Boston, MA 02284-7841

Crossroads Equipment Lease
& Finance
9385 Haven Ave
Rancho Cucamonga, CA 91730

Express Toll Service Center
Po Box 173846
Denver, CO 80217-3846

First Insurance Funding
450 Skokie Blvd Ste 100
Northbrook, IL 60062-7909

Headway Capital
175 W Jackson Blvd Suite 1000
Chicago, IL 60604

I Pass
2700 Ogden Ave
Downers Grove, IL 60515-1703

Illinois Department of
Revenue
BANKRUPTCY UNIT
Po Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
Central Insolvency Function
Po Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 1
Monroe, LA 71203

Kansas Turnpike Authority
Po Box 807246
Kansas City, MO 64180-0001

M&T Equipment Finance
Corporation
850 Main Street BC93
Bridgeport, CT 06604

M2 Equipment Finance
20800 Swenson Dr Suite 475
Waukesha, WI 53186

Maryland Transportation
Authority
Po Box 12853
Philadelphia, PA 19176-0853

N Texas Tollway Authority
Po Box 660244
Dallas, TX 75266-0244

Navistar Financial
2701 Navistar Drive
Lisle, IL 60532

Navistar Fleet
c/o Green Grant et al
5858 Westheimer Road Suite 500
Houston, TX 77057

Oklahoma Turnpike Authority
3500 N. MLK Avenue
Oklahoma City, OK 73111

O'Koon et al
20 E 91st St Ste 200
Indianapolis, IN 46240-1682

Pa. Turnpike
300 E Park Dr
Harrisburg, PA 17111-2729

Professional Account
Management LLC
Po Box 863867
Plano, TX 75086-3867


Rush Truck Centers
8205 Caliente Road
Hesperia, CA 92344


Simmons Bank
PO Box 7009
Pine Bluff, AR 71611


Small Business
Administration
2 20th St N Suite 320 Ste 320
Birmingham, AL 35203-4002


The Goodyear Tire & Rubber
Company
16701 Van Dam Rd
South Holland, IL 60473-2656